UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CRAIG MADDY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE, )<br>*Commissioner of the Social Security Administration,* )<br>)<br>Defendant. )<br>) | C. A. NO. 11-10576-LTS |

**ORDER**

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the government's request to remand this action for further consideration by the Administrative Law Judge (ALJ), it is ordered that, upon remand, the case will be assigned to an ALJ who will be instructed to obtain vocational expert testimony concerning Plaintiff's ability to perform other work existing in significant numbers in the national economy. The ALJ will the proceed through the sequential evaluation process and issue a new decision.

Therefore, this Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the cause to the Commissioner for further proceedings. The

clerk of the Court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this   17th day of   April   , 2012

/s/ Leo Sorokin
UNITED STATES MAGISTRATE JUDGES
HONORABLE CHIEF JUDGE LEO T. SOROKIN