UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CRAIG MADDY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security, )<br>)<br>Defendant. )<br>) | Civil Action No. 11-10576-LTS |

ORDER

April 19, 2012

SOROKIN, C.M.J.

In accordance with the Court's Order of April 17, 2012 (Docket #17), the Commissioner's decision is hereby reversed under sentence four of 42 U.S.C. § 405(g) and remanded to the Commissioner for further proceedings.

                                                          /s / Leo T. Sorokin
                                      UNITED STATES MAGISTRATE JUDGE